| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Black Sheep Food Group, LLC* |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | *DBA  Lugano's Ristorante* |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *46-4117570* |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | *1951 Clark Ave.* *Raleigh, NC 27605* Number, Street, City, State & ZIP Code | *PO Box 10669* *Raleigh, NC 27605* P.O. Box, Number, Street, City, State & ZIP Code |
| | | *Wake* County | **Location of principal assets, if different from principal place of business** *1060 Darrington Dr. Cary, NC 27513* Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | *http://www.luganocary.com* |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   *Black Sheep Food Group, LLC*                                Case number (*if known*)
　　　　　Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Black Sheep Food Group, LLC**                                Case number (*if known*)
　　　　　Name

**11. Why is the case filed in *this district*?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　　Contact name   _____
　　　　　Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Black Sheep Food Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2017**
                      MM / DD / YYYY

X **/s/ Thomas S. Havrish**                                      **Thomas S. Havrish**
Signature of authorized representative of debtor           Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ William F. Braziel III**                                   Date **September  6, 2017**
Signature of attorney for debtor                                      MM / DD / YYYY

**William F. Braziel III**
Printed name

**Janvier Law Firm, PLLC**
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
Number, Street, City, State & ZIP Code

Contact phone  **919-582-2323**         Email address

**39541**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Black Sheep Food Group, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September  6, 2017**         X **/s/ Thomas S. Havrish**
                                              Signature of individual signing on behalf of debtor

                                              **Thomas S. Havrish**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Black Sheep Food Group, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Cap Call, LLC*<br>*Attn: Managing Agen*<br>*122 East 42nd Street Suite 2112*<br>*New York, NY 10168* | | *Business Loan* | | $97,037.49 | $0.00 | $97,037.49 |
| *Headway Capital*<br>*Attn: Managing Agent*<br>*175 W. Jackson Blvd.*<br>*Chicago, IL 60604* | | *Business Loan* | | | | $17,000.00 |
| *LG Funding, Services*<br>*Attn: Managing Agent*<br>*1218 Union St. Suite 2*<br>*Brooklyn, NY 11225* | | | | | | $40,000.00 |
| *NC Dept. of Revenue*<br>*Attn: Bankruptcy Unit*<br>*PO Box 1168*<br>*Raleigh, NC 27602-1168* | | *Sale Taxes* | | | | $21,000.00 |
| *Queen Funding, LLC*<br>*Attn: Managing Agent*<br>*2221 NE 164 St*<br>*North Miami Beach, FL 33160* | | | | $32,123.90 | $0.00 | $32,123.90 |

Debtor **Black Sheep Food Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| *Richmond Capital Group, LLC*<br>*Attn: Managing Agent*<br>*125 Maiden Lane*<br>*Suite 501*<br>*New York, NY 10038* | | | | *$78,830.43* | *$0.00* | *$78,830.43* |
| *SOS Capital Inc.*<br>*Attn: Managing Agent*<br>*540 Madison Ave.*<br>*New York, NY 10022* | | | | | | *$68,138.81* |
| *Todd Hovenden*<br>*Attn: Managing Agent*<br>*1705 Clearwater Ave.*<br>*Bloomington, IL 61704* | | *Loan from Purchase of Business* | | | | *$40,000.00* |
| *Wells Fargo Bank*<br>*Attn: Officer*<br>*PO Box 9210*<br>*Des Moines, IA 50306* | | *Business Loan* | | | | *$8,000.00* |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Black Sheep Food Group, LLC**          Case No. _____

                           Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 6, 2017**          **/s/ Thomas S. Havrish**
                                                **Thomas S. Havrish**/**Manager**
                                                Signer/Title

Alicia Havrish
Attn: Managing Agent
1432 Van Page Road
Raleigh, NC 27607

Alsco
Attn: Managing Agent
3301 Hillsborough St.
Raleigh, NC 27607

Ample Storage
Attn: Managing Agent
120 James Jackson Ave.
Cary, NC 27513

Ariel Bouskila
40 Exchange Place Ste 1306
New York, NY 10005

Ashworth Family Limited Partnership
Attn: Managing Agent
PO Box 98
Cary, NC 27512

Auto-Chlor
Attn: Managing Agent
3428 Benchmark Drive
Ladson, SC 29456

Bank of America
Attn: Managing Agent
PO Box 982238
El Paso, TX 79998

Bank of America
Attn: Managing Agent
100 North Tryon St.
Charlotte, NC 28202

Cap Call, LLC
Attn: Managing Agen
122 East 42nd Street Suite 2112
New York, NY 10168

Capital One
Attn: Managing Agent
PO Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Managing Agent
4851 Cox Road
Glen Allen, VA 23060

Capriflavors, Inc.
Attn: Managing Agent
1012 Morrisville Parkway
Morrisville, NC 27560

Charles E. Potter
Attn: Managing Agent
3 Carolina Meadows #303
Chapel Hill, NC 27517

Charlie David Poindexter
Attn: Managing Agent
4109 Hawkins Ave.
Sanford, NC 27330

Chef Works
Attn: Managing Agent
12325 Kerran St.
Poway, CA 92064

Cintas Corporation
Attn: Managing Agent
PO Box 630803
Cincinnati, OH 45263

Cintas Corporation
Attn: Managing Agent
1003 Twin Creeks Ct.
Durham, NC 27703

City Electric Supply
Attn: Managing Agent
229 James Jackson Ave. Cary
Greensboro, NC 27416

Ct Corporation Services
Attn: Managing Agent
111 8th Ave 13th Fl
New York, NY 10011

East Coast Resources
Attn: Managing Agent
PO Box 1127
Fuquay-Varina, NC 27256

Easy Ice
Attn: Managing Agent
926 W Washington St.
Marquette, MI 49855

Empire Cooler Service, Inc.
Attn: Managing Agent
940 W. Chicago Ave.
Chicago, IL 60642

First Electronic Bank
Attn: Managing Agent
2150 South 1300 East Suite 400
Salt Lake City, UT 84106

Fish Window Cleaning
Attn: Managing Agent
PO Box 170
Morrisville, NC 27560

FSI Mechanical
Attn: Managing Agent
6518-B Old Wake Forest Road
Raleigh, NC 27616

Headway Capital
Attn: Managing Agent
175 W. Jackson Blvd.
Chicago, IL 60604

Inland Seafood
Attn: Managing Agent
PO Box 450669
Tucker, GA 30084

Inland Seafood
Attn: Managing Agent
1651 Montreal Circle
Atlanta, GA 30084

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Israel Weinstein
68-15 Main Street, 1st Floor
Flushing, NY 11367

Kabbage Loans
Attn: Managing Agent
925B Peachtree Street NE
Atlanta, GA 30309

LG Funding, Services
Attn: Managing Agent
1218 Union St. Suite 2
Brooklyn, NY 11225

Mary Lynn Fitgerald
Attn: Managing Agent
105 Hilsdorf Ct.
Cary, NC 27513

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NU CO2, Inc.
Attn: Managing Agent
PO Box 9011
Stuart, FL 34995

Paytronix
Attn: Managing Agent
74 Bridge St. Suite 400
Newton Center, MA 02459

PER MAR Security Services
Attn: Managing Agent
PO Box 1101
Davenport, IA 52805

Performance Food Service
Attn: Managing Agent
543 12th Street Drive NW
Hickory, NC 28603-2947

PFS Sales
Attn: Managing Agent
PO Box 33255
Raleigh, NC 27636

Power Up Lending Group, Ltd
Attn: RICHARD S. NAIDICH, ESQ.
111 Great Neck Road Suite 214
Great Neck, NY 11021

Power Up Lending Group, Ltd
Attn: Managing Agent
111 Great Neck Road Suite 216
Great Neck, NY 11021

Prepress Solutions, Inc.
Attn: Managing Agent
3205 Corsham Drive
Apex, NC 27539

Queen Funding, LLC
Attn: Managing Agent
2221 NE 164 St
North Miami Beach, FL 33160

RI Preston Investors
Attn: Managing Agent
127 Trellingwood Dr.
Morrisville, NC 27560

Richmond Capital Group, LLC
Attn: Managing Agent
125 Maiden Lane Suite 501
New York, NY 10038

RTR Recovery
Attn: Managing Agent
122 East 42nd Street Suite 2112
New York, NY 10168

Sentry Watch, Inc.
Attn: Managing Agent
PO Box 10362
Greensboro, NC 27404

Simply Farm
1655 Linville Creek Road
Vilas, NC 28692

SOS Capital Inc.
Attn: Managing Agent
540 Madison Ave.
New York, NY 10022

Thomas Havrish
Attn: Managing Agent
1432 Van Page Blvd
Raleigh, NC 27607

Todd Hovenden
Attn: Managing Agent
1705 Clearwater Ave.
Bloomington, IL 61704

US Foods
Attn: Managing Agent
PO Box 602221
Charlotte, NC 28260-2211

US Foods, Inc.
Attn: Managing Agent
1500 NC Highway 39
Zebulon, NC 27597

VP Coffee
Attn: Managing Agent
117 S. Chatham Ave.
Siler City, NC 27344

Wake County Revenue Dept.
Amanda Bryant, Revenue Agent
PO Box 2331
Raleigh, NC 27602

Wards Fruit and Produce, Inc.
Attn: Managing Agent
1109 Apriculture Street, Suite 3
Raleigh, NC 27603

Waste Industries
Attn: Managing Agent
PO Box 580027
Charlotte, NC 28258

Wells Fargo
Attn: Managing Agent
PO Box 6426
Carol Stream, IL 60197-6426

Wells Fargo Bank
Attn: Officer
PO Box 9210
Des Moines, IA 50306

Wells Fargo Bank
Attn: Managing Agent
101 N. Phillips Ave.
Sioux Falls, SD 57104

Yadkin Bank
Attn: Managing Agent
200 South 6th Street
Minneapolis, MN 55402

Yadkin Bank
Attn: Managing Agent
166 Main St.
Greenville, PA 16125

Yelp, Inc.
Attn: Managing Agent
140 New Montgomery
San Francisco, CA 94105

YES Funding Services, LLC
Attn: Managing Agent
122 E. 42nd St. Suite 2112
New York, NY 10168

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Black Sheep Food Group, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Black Sheep Food Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 6, 2017**
Date

*/s/ William F. Braziel III*
**William F. Braziel III 39541**
Signature of Attorney or Litigant
Counsel for  **Black Sheep Food Group, LLC**
**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323 Fax:866-809-2379**