## ACTION OF THE MANAGERS OF BLACK SHEEP FOOD GROUP, LLC

The undersigned, being all of the Mangers of Black Sheep Food Group, LLC, a North Carolina Limited Liability Company, do hereby adopt the following resolution by signing their written consent hereto:

**WHEREAS**, in the judgment of the Manger, it is desirable and in the best interests of Black Sheep Food Group, LLC, and its creditors that the company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina for the purpose of restructuring and paying its debts under the jurisdiction of the Bankruptcy Court;

**RESOLVED**, that Black Sheep Food Group, LLC, be, and hereby is, authorized to proceed with the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina.

**FURTHER RESOLVED,** that Thomas S. Havrish, as Manager of Black Sheep Food Group, LLC, is authorized and directed to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of Black Sheep Food Group, LLC, and to execute such other documents, including without limitation, pleadings, schedules, statement of affairs, applications, motions, plan of reorganization, disclosure statement, and amendments or modifications thereto, in furtherance of Black Sheep Food Group, LLC's Chapter 11 filing and reorganization effort.

**FURTHER RESOLVED,** that Black Sheep Food Group, LLC, be, and hereby is, authorized to employ William P. Janvier and the law firm of Janvier Law Firm, PLLC, as attorneys to represent it in said Chapter 11 filing and reorganization.

This action is taken with the consent of all of the Mangers this 6th day of September, 2017.

_____
Signature

Thomas S. Havrish                Manager
Written Name                     Title