**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Black Sheep Food Group, LLC* |
| United States Bankruptcy Court for the: | *EASTERN DISTRICT OF NORTH CAROLINA* |
| Case number (if known): | *17-04372-5* |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Alicia Havrish Attn: Managing Agent 1432 Van Page Road Raleigh, NC 27607* | | *Business Loan* | | | | *$7,500.00* |
| *Bank of America Attn: Managing Agent PO Box 982238 El Paso, TX 79998* | | *Business Line of Credit* | | | | *$7,500.00* |
| *Charles E. Potter Attn: Managing Agent 3 Carolina Meadows #303 Chapel Hill, NC 27517* | | *Business Loan Father in Law of Tom Havrish* | | | | *$12,500.00* |
| *First Electronic Bank Attn: Managing Agent 2150 South 1300 East Suite 400 Salt Lake City, UT 84106* | | *FundBox Business Loan* | | | | *$5,320.00* |
| *Headway Capital Attn: Managing Agent 175 W. Jackson Blvd. Chicago, IL 60604* | | *Business Loan* | | | | *$17,000.00* |
| *Inland Seafood Attn: Managing Agent PO Box 450669 Tucker, GA 30084* | | *Seafood Servies* | | | | *$6,500.00* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Black Sheep Food Group, LLC**
_____
　　　Name

Case number _(if known)_  **17-04372-5**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kabbage Loans Attn:  Managing Agent 925B Peachtree Street NE Atlanta, GA 30309** | | **Business Loan** | | **$88,000.00** | **$0.00** | **$88,000.00** |
| **LG Funding, Services Attn:  Managing Agent 1218 Union St. Suite 2 Brooklyn, NY 11225** | | **Business Loan** | | **$40,000.00** | **$0.00** | **$40,000.00** |
| **Mary Lynn Fitgerald Attn:  Managing Agent 105 Hilsdorf Ct. Cary, NC 27513** | | **Note related to purchase of Academy Street Bistro** | | | | **$84,000.00** |
| **NC Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602-1168** | | **Sale Taxes** | | | | **$21,000.00** |
| **Performance Food Service Attn:  Managing Agent 543 12th Street Drive NW Hickory, NC 28603-2947** | | **Food Services** | | | | **$38,000.00** |
| **PFS Sales Attn:  Managing Agent PO Box 33255 Raleigh, NC 27636** | | **Paper Products** | | | | **$6,000.00** |
| **RI Preston Investors Attn:  Managing Agent 127 Trellingwood Dr. Morrisville, NC 27560** | | **Lease August Rent** | | | | **$23,000.00** |
| **SOS Capital Inc. Attn:  Managing Agent 540 Madison Ave. New York, NY 10022** | | **Funds Frozen in Merchant Accounts** | | **$68,138.81** | **$42,228.71** | **$25,910.10** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor  **Black Sheep Food Group, LLC**                    Case number *(if known)*  **17-04372-5**
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas Havrish Attn:  Managing Agent 1432 Van Page Blvd Raleigh, NC 27607** | | **Business Loan** | | | | **$85,000.00** |
| **Todd Hovenden Attn:  Managing Agent 1705 Clearwater Ave. Bloomington, IL 61704** | | **Loan from Purchase of Business** | | | | **$40,000.00** |
| **US Foods, Inc. Attn:  Managing Agent 1500 NC Highway 39 Zebulon, NC 27597** | | | | **$12,000.00** | **$0.00** | **$12,000.00** |
| **Wards Fruit and Produce, Inc. Attn:  Managing Agent 1109 Apriculture Street, Suite 3 Raleigh, NC 27603** | | **Purcharse of Produce** | | | | **$9,600.00** |
| **Wells Fargo Bank Attn: Officer PO Box 9210 Des Moines, IA 50306** | | **Business Loan** | | | | **$8,000.00** |
| **Yadkin Bank Attn:  Managing Agent 200 South 6th Street Minneapolis, MN 55402** | | **Business Credit Card** | | | | **$5,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     ***Black Sheep Food Group, LLC***

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     ***17-04372-5***

☐ Check if this is an
   amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ **0.00**

    **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................... $ _____ **683,840.44**

    **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................................. $ _____ **683,840.44**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **208,138.81**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____ **21,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ **390,618.00**

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b

| $ _____ **619,756.81** |
| --- |

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **_Black Sheep Food Group, LLC_**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **_17-04372-5_**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,770.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **_Fidelity Bank Account_** | **_Business Checking Account_** | **_5180_** | **$23,149.97** |
| 3.2. | **_Wells Fargo Negative Balance_** | **_Business Checking Account_** | **_8090_** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **_Funds Frozen in Merchant Account Wells Fargo_** | **$13,717.70** |
| 4.2. | **_Funds Frozen in Merchant Account American Express_** | **$9,720.43** |
| 4.3. | **_Funds Frozen in Merchant Account World Pay_** | **$18,791.28** |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $67,149.38 |
|---|

Debtor    **Black Sheep Food Group, LLC**    Case number *(If known)*   **17-04372-5**
Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | *Duke Progress Energy* | | *$1,500.00* |
|---|---|---|---|

| 7.2. | *RI Preston Investors (Rental Deposit)* | | *$15,000.00* |
|---|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     *$16,500.00*

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** *Food Inventory - Lugano Includes food and beverages* | *8/30/17* | *$0.00* | *Replacement* | *$18,991.06* |
| *Food Inventory - Academy Street Bistro Includes food and beverages* | *8/30/2017* | *$0.00* | *Replacement* | *$6,200.00* |

20.    **Work in progress**

Debtor   **Black Sheep Food Group, LLC**                                        Case number *(If known)*   **17-04372-5**
         Name

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                                       | $25,191.06 |
         Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>*Kitchen Equipment, Tables, Chairs (See attached list)*<br>*Location: Lugano* | *$0.00* | *Liquidation* | $500,000.00 |
| *Kitchen Equipment, Tables, Chairs (See attached list)*<br>*Location: Academy Street Bistro* | *$0.00* | *Replacement* | $75,000.00 |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                       | $575,000.00 |
         Add lines 39 through 42.  Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No

| Debtor | *Black Sheep Food Group, LLC* | Case number *(If known)* *17-04372-5* |
|---|---|---|
| | Name | |

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** *Loyality Club Email List* | *Unknown* | | *Unknown* |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | *$0.00* |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Black Sheep Food Group, LLC**
_____
Name

Case number *(If known)*   **17-04372-5**
_____

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Black Sheep Food Group, LLC**                          Case number *(If known)*   **17-04372-5**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$67,149.38* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$16,500.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$0.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$25,191.06* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$575,000.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$0.00* | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$683,840.44* + 91b. | *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$683,840.44* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

_Lugano Assets

| Asset ID | Placed in service | |
|---|---|---|

*Location: 1060 Darrington Drive Cary, NC*

*Class: Equipment*

| 002229 | Worktable Tabco Model #Kss-307 | |
| | 03/31/2003 | SL100FM |
| 002230 | Wall Shelf | |
| | 03/31/2003 | SL100FM |
| 002231 | Food Warmers Model 72000 | |
| | 03/31/2003 | SL100FM |
| 002232 | Pan Racks Tabco Model | |
| | 03/31/2003 | SL100FM |
| 002233 | Refrigerated Prep Table | |
| | 03/31/2003 | SL100FM |
| 002234 | Mobile Ice Bin | |
| | 03/31/2003 | SL100FM |
| 002235 | Hot Food Table | |
| | 03/31/2003 | SL100FM |
| 002236 | Refrig Prep Table Randell Model | |
| | 03/31/2003 | SL100FM |
| 002237 | Pickup Counter | |
| | 03/31/2003 | SL100FM |
| 002238 | Double Tier Overshelf | |
| | 03/31/2003 | SL100FM |
| 002239 | Wall Shelf | |
| | 03/31/2003 | SL100FM |
| 002240 | Heat Lamp | |
| | 03/31/2003 | SL100FM |
| 002241 | Reach in Fridge | |
| | 03/31/2003 | SL100FM |
| 002242 | Utility Cart | |
| | 03/31/2003 | SL100FM |
| 002243 | Counter Hotplate | |
| | 03/31/2003 | SL100FM |
| 002244 | Wall Mounted Fill Faucet | |
| | 03/31/2003 | SL100FM |
| 002245 | Refridge Equip Stand Randell Model | |
| | 03/31/2003 | SL100FM |
| 002246 | Pasta Cooker Gas | |
| | 03/31/2003 | SL100FM |
| 002247 | 6 Burner Range w/ convection oven | |
| | 03/31/2003 | SL100FM |
| 002248 | 4 Burner Range w/ Griddle & Convection Oven | |
| | 03/31/2003 | SL100FM |
| 002249 | Walmount Cheesemelters | |
| | 03/31/2003 | SL100FM |
| 002251 | Stainless Steel Plate Shelves | |
| | 03/31/2003 | SL100FM |
| 002252 | Fryer Pitco Frialator | |
| | 03/31/2003 | SL100FM |
| 002253 | Single Deck Conveyor Pizza | |
| | 03/31/2003 | SL100FM |
| 002254 | Wall Mounted Fill Faucet | |
| | 03/31/2003 | SL100FM |
| 002255 | Double Deck Convection Oven | |
| | 03/31/2003 | SL100FM |
| 002256 | Brasing Pan | |

| | | |
|---|---|---|
| 002270 | 03/31/2003 | SL100FM |
| | 4 Burner Range Jade Range | |
| 002271 | 03/31/2003 | SL100FM |
| | Stock Pot Rangers | |
| 002272 | 03/31/2003 | SL100FM |
| | Utility Cart | |
| 002273 | 03/31/2003 | SL100FM |
| | Fire Protection System | |
| 002274 | 03/31/2003 | SL100FM |
| | Exhaust Hood Stem 23' | |
| 002275 | 03/31/2003 | SL100FM |
| | Exhaust Hood Stem 19' | |
| 002276 | 03/31/2003 | SL100FM |
| | Refrigerated Prep Table | |
| 002277 | 03/31/2003 | SL100FM |
| | Floor Trough Tabco Model | |
| 002278 | 03/31/2003 | SL100FM |
| | Dough Roller | |
| 002279 | 03/31/2003 | SL100FM |
| | Island Worktable | |
| 002281 | 03/31/2003 | SL100FM |
| | Shelf Unit | |
| 002282 | 03/31/2003 | SL100FM |
| | Worktable Assembly w/2 compartment sinks | |
| 002283 | 03/31/2003 | |
| | Food Slicer | |
| 002284 | 03/31/2003 | |
| | Food Processor | |
| | 03/31/2003 | |
| | Wall Shelf | |
| | 03/31/2003 | |
| | Mixer, Food Hobart Model | |
| | 03/31/2003 | |
| | Wall Shelf | |
| | 03/31/2003 | |
| | Work Table | |
| | 03/31/2003 | |
| | Ingredient Bins | |
| | 03/31/2003 | |
| | Reach-in Fridge Model G20003 | |
| | 03/31/2003 | |
| | Hand Sinks | |
| | 03/31/2003 | |
| | floor trough | |
| | 03/31/2003 | |
| | Microwave | |
| | 03/31/2003 | |
| | Worktable w/ sink | |
| | 03/31/2003 | |
| | Wall Shelf | |
| | 03/31/2003 | |
| | Reach In Freezer | |
| | 03/31/2003 | |
| | Reach in Freezer | |

*Location: Cary NC*

   *Class: Equipment*

|  |  | 03/31/2003 | SL100FM |
| --- | --- | --- | --- |
| 002285 | 2 Compartment walk in | | |
|  |  | 03/31/2003 | SL100FM |
| 002286 | Lot of walk in coated shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002287 | Dry storage shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002288 | Mobile ice bath | | |
|  |  | 03/31/2003 | SL100FM |
| 002289 | Walk in beer cooler | | |
|  |  | 03/31/2003 | SL100FM |
| 002290 | Beer System perlick model | | |
|  |  | 03/31/2003 | SL100FM |
| 002291 | Keg Rack | | |
|  |  | 03/31/2003 | SL100FM |
| 002292 | Shelf unit w/ dunnage bottom shelf | | |
|  |  | 03/31/2003 | SL100FM |
| 002293 | Storage Shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002294 | Liquor Storage Shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002295 | Coat Rack | | |
|  |  | 03/31/2003 | SL100FM |
| 002296 | Locker Assembly | | |
|  |  | 03/31/2003 | SL100FM |
| 002297 | Stainless Steel Wall corner guards | | |
|  |  | 03/31/2003 | SL100FM |
| 002298 | Bread Slicer | | |
|  |  | 03/31/2003 | SL100FM |
| 002299 | Panini Grill | | |
|  |  | 03/31/2003 | SL100FM |
| 002300 | Dry Storage Shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002301 | Faucet Fisher Model | | |
|  |  | 03/31/2003 | SL100FM |
| 002302 | Broom Racks | | |
|  |  | 03/31/2003 | SL100FM |
| 002303 | Pot Storage Shelving | | |
|  |  | 03/31/2003 | SL100FM |
| 002304 | Hank Sinks Model | | |
|  |  | 03/31/2003 | SL100FM |
| 002305 | Utility Shelf w/ mop holder | | |
|  |  | 03/31/2003 | SL100FM |
| 002306 | 3 compartment sink | | |
|  |  | 03/31/2003 | SL100FM |
| 002307 | Wall Mounted Pot Rack | | |
|  |  | 03/31/2003 | SL100FM |
| 002309 | Dishwash exhaust hood w/ fan | | |
|  |  | 03/31/2003 | SL100FM |
| 002310 | Solid dishtable w/ rack shelf | | |
|  |  | 03/31/2003 | SL100FM |
| 002311 | Wall Shelf Assembly | | |
|  |  | 03/31/2003 | SL100FM |
| 002312 | Undercounter Refrigerator | | |

*Location: Cary NC*

    *Class: Equipment*

|  |  |  |  |
|---|---|---|---|
|  | 03/31/2003 | SL100FM |  |
| 002313 | Chemical Self Unit |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002314 | Fridge Backbar storage cabinet |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002315 | Underbar Workboard Sink |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002316 | Frige backbar storage cabinet |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002317 | Ice Bin & Cocktail station |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002318 | Underbar corner filer |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002319 | Ice Scoop Holder |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002320 | Blender |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002321 | Glass Rack Storage Cabinets |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002322 | Glass Rack Storage Cabinets |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002323 | Icebin/cocktail station |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002324 | Wall Shelf Assembly |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002326 | Wall Mounted Dipperwell |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002327 | Work Table |  |  |
|  | 03/31/2003 | SL100FM |  |
| 002328 | Pain Enterprise |  |  |
|  | 03/31/2003 | SL100FM |  |
| 005162 | Charbroiler Gas Counter - Bakers Pride XX-8 |  |  |
|  | 07/30/2008 | SL100FM |  |
| 005365 | Ice Cream Dipping Cabinet |  |  |
|  | 01/28/2010 | SL100FM |  |
| 005372 | Use Tax |  |  |
|  | 03/23/2010 | SL100FM |  |
| 005415 | Replacement booster heater |  |  |
|  | 06/16/2010 | SL100FM |  |
| 005416 | Installation of booster heater |  |  |
|  | 06/16/2010 | SL100FM |  |
| 005417 | Repairs to convection oven |  |  |
|  | 06/23/2010 | SL100FM |  |
| 006077 | Armadillo Filler Machine |  |  |
|  | 12/16/2011 | SL100FM |  |
| 006248 | Cary NC, Use Tax |  |  |
|  | 12/27/2011 | SL100FM |  |
| 006452 | Espresso Machine - Rancilio Egro |  |  |
|  | 07/16/2012 | SL100FM |  |
| 006470 | Cary Use Tax |  |  |
|  | 09/04/2012 | SL100FM |  |
| 006471 | New Sealer and accessories |  |  |
|  | 08/23/2012 | SL100FM |  |
| 006503 | Blender 3.5HP - Wasserstrom |  |  |

location: Cary NC

 Class: Equipment

| 09/10/2012 | SL100FM | 10.0 |

006535    Cary Use Tax - New Sealer and Accessories
          10/30/2012    SL100FM
006536    Pasta Cooker - GPC18
          10/09/2012    SL100FM
006820    Heated Cabinet - Alto Shamm 750-S
          11/14/2012    SL100FM
006855    Cary Use Tax
          12/25/2012    SL100FM

Subtotal: Equipment
(112)
 Class: Furniture & Fixtures
001914    Art Resource
          03/31/2003    SL100FM
001951    Cash Item
          03/31/2003    SL100FM
001952    Trash Cans
          03/31/2003    SL100FM
001953    Urns for Wine Room
          03/31/2003    SL100FM
001954    End Table
          03/31/2003    SL100FM
001955    Pictures, decor
          03/31/2003    SL100FM
001987    Various Decor
          03/31/2003    SL100FM
001988    Commercial  Flooring
          03/31/2003    SL100FM
002015    Coffee Table Books
          04/22/2003    SL100FM
002192    Chair - Shelby Williams
          09/09/2003    SL100FM
002614    Top select table 30x48 Soft Top
          03/31/2003    SL100FM
002615    Base select black wrinkle
          03/31/2003    SL100FM
002616    Top select 36x36 four flips soft top
          03/31/2003    SL100FM
002617    Base table black wrinkle
          03/31/2003    SL100FM
002618    Top select 36x36 soft top
          03/31/2003    SL100FM
002619    Base Select 30x30
          03/31/2003    SL100FM
002620    Top wood goods table 38x46 birch plank top
          03/31/2003    SL100FM
002621    Base select 28 inch
          03/31/2003    SL100FM
002622    Top Wood goods table 40 inch round
          03/31/2003    SL100FM
002623    Base Select bar height 30x30
          03/31/2003    SL100FM
002624    Booth 48 Select Single
          03/31/2003    SL100FM
002625    Booth select horseshoe

*Location: Cary NC*

    *Class: Furniture & Fixtures*

|        |                                          |            |          |       |
|--------|------------------------------------------|------------|----------|-------|
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002626 | chair shelby williams                    |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002627 | barstool shelby williams                 |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002628 | Custom stain seat by shelby williams     |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002629 | Table Franklin 48x180 sugar pine         |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002630 | Booth select 30 inch single              |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002631 | Top select 30x30 soft table              |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002632 | base 22x22 select black wrinkle          |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002633 | Settee select seating 120 inch           |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002634 | Settee select seating 146 inch           |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002635 | 609 persimmon select seating             |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 002636 | Bench pad seating                        |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 003071 | Skyler's Pictures                        |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 003072 | Rug                                      |            |          |       |
|        |                                          | 03/31/2003 | SL100FM  | 10 0  |
| 003105 | Misc. Furniture & Fixtures               |            |          |       |
|        |                                          | 03/31/2004 | SL100FM  | 10 0  |
| 003106 | Silk Plants                              |            |          |       |
|        |                                          | 03/15/2004 | SL100FM  | 10 0  |
| 003107 | Pots for plants                          |            |          |       |
|        |                                          | 03/09/2004 | SL100FM  | 10 0  |
| 004195 | Shelby Williams Chairs - 12              |            |          |       |
|        |                                          | 10/18/2005 | SL100FM  | 10 0  |
| 004489 | 4 Flip up Table Tops                     |            |          |       |
|        |                                          | 02/02/2007 | SL100FM  | 10 0  |
| 004752 | Music Box                                |            |          |       |
|        |                                          | 07/13/2007 | SL100FM  | 10 0  |
| 005401 | Replace back dinning room carpet         |            |          |       |
|        |                                          | 05/24/2010 | SL100FM  | 10 0  |
| 005414 | Carpet back dinning room                 |            |          |       |
|        |                                          | 06/25/2010 | SL100FM  | 10 0  |

*Subtotal: Furniture &*

    *Class: Leasehold Improvements*

|          |             |            |
|----------|-------------|------------|
| 001875.2 |             | 03/31/2003 |
| 001909   | Chandeliers |            |
|          |             | 03/31/2003 |
|          |             |            |
| 001943   |             |            |

---

-

---

*Location: Cary NC*

    *Class: Leasehold Improvements*

| | | | | |
|---|---|---|---|---|
| 001948 | Telephone System | | | |
| | 03/31/2003 | SL100FM | | |
| 001950 | Kay Lynch | | | |
| | 03/31/2003 | SL100FM | | |
| 001992 | Leasehold Impr | | | |
| | 03/31/2003 | SL100FM | | |
| 002018 | Economy Exterminators - Fly light | | | |
| | 05/01/2003 | SL100FM | | |
| 002019 | Door Locks | | | |
| | 04/22/2003 | SL100FM | | |
| 002020 | | Landlord for construction-75% | | |
| 002103 | Per Mar Security System | | | |
| | 03/31/2003 | SL100FM | 10 0 | |
| 002145 | Art Glass | | | |
| | 03/31/2003 | SL100FM | 25 0 | |
| 002146 | Leasehold Improvements | | | |
| | 08/12/2003 | SL100FM | 25 0 | |
| 002353 | CD Audio Loader | | | |
| | 10/07/2003 | SL100FM | 10 0 | |
| 002993 | Telephone System - APC UPC & lodging | | | |
| | 12/08/2003 | SL100FM | 10 0 | |
| 003045 | Ryan Companies - 75% | | | |
| | 03/31/2003 | SL100FM | 25 0 | |
| 003046 | Ryan Companies - 25% | | | |
| | 03/31/2003 | SL100FM | 10 0 | |
| 003055 | Ryan Companies - 75% | | | |
| | 03/31/2003 | SL100FM | 25 0 | |
| 003056 | Ryan Companies - 25% | | | |
| | 03/31/2003 | SL100FM | 10 0 | |
| 003069 | Aaron Carlson - Millwork | | | |
| | 03/31/2003 | SL100FM | 10 0 | |
| 003070 | Ryan Companies - 25% | | | |
| | 03/31/2003 | SL100FM | 10 0 | |
| 004221 | Water Pump | | | |
| | 02/02/2006 | SL100FM | 25 0 | |
| 004737 | New A/C Compressor- Labor | | | |
| | 05/10/2007 | SL100FM | 25 0 | |
| 005006 | Panels- Close in bar area | | | |
| | 11/23/2007 | SL100FM | 25 0 | |
| 005316 | 100 Gallon 150,000 BTU Water Heater | | | |
| | 09/10/2009 | SL100FM | 25 0 | |
| 006533 | Replacement black iron run / weld on hood | | | |
| | 10/11/2012 | SL100FM | 15 0 | |
| 006534 | Hinges on hood fans | | | |
| | 10/18/2012 | SL100FM | 15 0 | |

    *Class: Office Equipment*                              `otherwise Computer Equipment`

| | | | | |
|---|---|---|---|---|
| 001925.22 | Aloha Hardware | | | |
| | 03/31/2003 | SL100FM | 5 0 | |
| 001959 | Safe | | | |
| | 03/31/2003 | SL100FM | 5 0 | |
| 001998 | Lodging | | | |

---

*Class: Office Equipment*

| | | | | |
|---|---|---|---|---|
| | 03/31/2003 | SL100FM | 5 | 0 |
| 002352 | Wi Fi System | | | |
| | 11/13/2003 | SL100FM | 5 | 0 |
| 002979 | Aloha Software | | | |
| | 03/31/2003 | SL100FM | 3 | 0 |
| 002980 | Aloha | | | |
| | 03/31/2003 | SL100FM | 5 | 0 |
| 004203 | Aloha Server | | | |
| | 12/15/2005 | SL100FM | 5 | 0 |
| 004237 | Aloha server | | | |
| | 02/21/2006 | SL100FM | 5 | 0 |
| | 12/03/2007 | SL100FM | 5 | 0 |
| 005122 | 5 POS Terminals | | | |
| | 03/17/2008 | SL100FM | 5 | 0 |
| 005195 | Dell Computer | | | |
| | 11/04/2008 | SL100FM | 5 | 0 |
| 005198 | Firewall | | | |
| | 10/05/2008 | SL100FM | 5 | 0 |
| 005373 | Replacement Printer | | | |
| | 03/22/2010 | SL100FM | 5 | 0 |
| 005537 | Aloha Software for Key 29232 | | | |
| | 02/15/2011 | SL100FM | 3 | 0 |
| 005561 | Use Tax | | | |
| | 04/19/2011 | SL100FM | 3 | 0 |
| 005586 | All in one printer | | | |
| | 04/28/2011 | SL100FM | 5 | 0 |
| 005587 | Support for printer | | | |
| | 04/28/2011 | SL100FM | 5 | 0 |
| 006311 | New Dell 1510X Projector and Lamp | | | |
| | 02/07/2012 | SL100FM | 5 | 0 |

Academy Street Bistro

2 door Turbo Air sandwich prep unit 8'
True sandwich prep unit
7'x7' walk in cooler
Bunn coffee machine
True Double door fridge
CO2 tanks
Soda rack
2-5 shelf units
88" SS shelf
Clean & dirty dishwater shelves
Rubbermaid cart
2 hand sink
2 bakers racks - small
1 stand up freezer - next to door outside
2 Adcraft steamers
Small Turbo Air freezer
4 drawer refrigerated work station
3'x8' SS work table
12' double SS shelf
33" wide table
3 compartment dish sink
40" wide SS shelf
7" SS shelf & dry rack
4 unit shelf
3 48" wide SS prep sinks
2 - 6"SS shelves
2 - 4' SS shelves
1 - 3' SS shelf
3 - SS shelves
1 Small shelf unit
Mop sink
Dry storage area with shelves
Miscellaneous pots, pans, smallware, dishes, glassware, plasticware

**Vendor owned**
Dishwasher
Ice machine

**Academy Street Bistro Equipment List**

**Occupancy 88**

**<u>Bar</u>**
4 tap Tru Kegerator
Granite Bar with 9 Bar Stools
2 hand sinks
True wine refrigerator cooler
True undercounter refrigerator
4 52 inch LCD televisions
Soda gun
8 high top tables
40 bar stools
Hostess stand
New track lighting and ceiling fan

**<u>Office</u>**
Stereo, amplifier with 4 speakers inside and 2 on patio
Desk with file cabinet and desk chair
Liquor storage area
Phone system

**<u>Dining Rooms</u>**
30 Chairs
16ft bench
2 6-person booths
13 tables
Built in cabinet with granite top and overhead wine rack
New track lighting and ceiling fan

**<u>Patio</u>**
9 tables
38 chairs
5 outdoor umbrella
1 large shade awning

**<u>Kitchen</u>**
4'x11' hood over cooking line
Double basket fryers
10 eye double Southbend stove
Southbend salamander
Champion chargrill

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                    CASE NUMBER:
**Black Sheep Food Group, LLC**                                                      **17-04372-5**
          Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, _____**Thomas S. Havrish**_____, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $**          *0.00*

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $**          *0.00*

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is ___*0*___ .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $**          *0.00*

4.  NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $**          *0.00*

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| *-NONE-* |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| *-NONE-* |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| *-NONE-* | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $          *0.00*

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| *-NONE-* |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| *-NONE-* |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| *-NONE-* |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| *-NONE-* |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| *-NONE-* | | | | |

VALUE CLAIMED AS EXEMPT:  $          *0.00*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| *-NONE-* | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| *-NONE-* | |

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| *-NONE-* | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| *-NONE-* | |

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| *-NONE-* | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.      Of the United States or its agencies as provided by federal law.
b.      Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.      Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.      Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.      For payment of obligations contracted for the purchase of specific real property affected.
f.      For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.      For statutory liens, on the specific property affected, other than judicial liens.
h.      For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.      For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.      Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.      Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| *-NONE-* | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __**Thomas S. Havrish**__ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: __**September 20, 2017**__          __**/s/ Thomas S. Havrish**__

                                                          **Thomas S. Havrish**
                                                                          Debtor

**Fill in this information to identify the case:**

Debtor name        *Black Sheep Food Group, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    *17-04372-5*

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | *Cap Call, LLC* | Describe debtor's property that is subject to a lien<br>*Business Loan* | *Unknown* | *$0.00* |
|---|---|---|---|---|

Creditor's Name

*Attn: Managing Agen*
*122 East 42nd Street Suite 2112*
*New York, NY 10168*

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | *Kabbage Loans* | Describe debtor's property that is subject to a lien<br>*Business Loan* | $88,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

*Attn: Managing Agent*
*925B Peachtree Street NE*
*Atlanta, GA 30309*

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | *Black Sheep Food Group, LLC* | Case number (if know) | *17-04372-5* |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | *LG Funding, Services* | Describe debtor's property that is subject to a lien | $40,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent
1218 Union St. Suite 2
Brooklyn, NY 11225**

Creditor's mailing address

*Business Loan*

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | *Power Up Lending Group, Ltd* | Describe debtor's property that is subject to a lien | *Unknown* | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: RICHARD S. NAIDICH, ESQ.
111 Great Neck Road Suite 214
Great Neck, NY 11021**

Creditor's mailing address

*Business Loan*

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | *Queen Funding, LLC* | Describe debtor's property that is subject to a lien | *Unknown* | *Unknown* |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent
2221 NE 164 St
North Miami Beach, FL 33160**

Creditor's mailing address

**Describe the lien**

---

Debtor    **Black Sheep Food Group, LLC**
Name                                                                    Case number (if know)    **17-04372-5**

|  | | |
| --- | --- | --- |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | |
| | ■ No | |
| | ☐ Yes | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | |
| | ■ No | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.6 | **Richmond Capital Group, LLC** | Describe debtor's property that is subject to a lien | *Unknown* | *Unknown* |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn:  Managing Agent
125 Maiden Lane Suite 501
New York, NY 10038**
Creditor's mailing address

Describe the lien

| Creditor's email address, if known | **Is the creditor an insider or related party?** |
| --- | --- |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **SOS Capital Inc.** | Describe debtor's property that is subject to a lien | $68,138.81 | $42,228.71 |
| --- | --- | --- | --- | --- |

Creditor's Name                    *Funds Frozen in Merchant Accounts*

**Attn:  Managing Agent
540 Madison Ave.
New York, NY 10022**
Creditor's mailing address

Describe the lien

| Creditor's email address, if known | **Is the creditor an insider or related party?** |
| --- | --- |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

| Debtor | **Black Sheep Food Group, LLC** | | Case number (if know) | **17-04372-5** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

---

| 2.8 | **US Foods, Inc.** | Describe debtor's property that is subject to a lien | $12,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**1500 NC Highway 39**
**Zebulon, NC 27597**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **YES Funding Services, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**122 E. 42nd St. Suite 2112**
**New York, NY 10168**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $208,138.81 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Black Sheep Food Group, LLC** | Case number (if know) | **17-04372-5** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**40 Exchange Place Ste 1306**<br>**New York, NY 10005** | Line __2.7__ | |
| **Israel Weinstein**<br>**68-15 Main Street, 1st Floor**<br>**Flushing, NY 11367** | Line __2.5__ | |
| **Power Up Lending Group, Ltd**<br>**Attn:  Managing Agent**<br>**111 Great Neck Road Suite 216**<br>**Great Neck, NY 11021** | Line __2.4__ | |
| **US Foods**<br>**Attn:  Managing Agent**<br>**PO Box 602221**<br>**Charlotte, NC 28260-2211** | Line __2.8__ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *Black Sheep Food Group, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    *17-04372-5*

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>*Internal Revenue Service*<br>*Attn:  Managing Agent*<br>*PO Box 7346*<br>*Philadelphia, PA 19101-7346* | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$0.00*    $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>*Notice* | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>*NC Dept. of Revenue*<br>*Attn: Bankruptcy Unit*<br>*PO Box 1168*<br>*Raleigh, NC 27602-1168* | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$21,000.00*    $21,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>*Sale Taxes* | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Black Sheep Food Group, LLC**                                          Case number *(if known)*   **17-04372-5**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$0.00* | *$0.00* |

| 2.3 | Priority creditor's name and mailing address |
|---|---|

**Wake County Revenue Dept.**
**Amanda Bryant, Revenue Agent**
**PO Box 2331**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*$0.00*     *$0.00*

Date or dates debt was incurred

Basis for the claim:
*Notice*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |

**Alicia Havrish**
**Attn:  Managing Agent**
**1432 Van Page Road**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Business Loan_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,987.00** |

**Alsco**
**Attn:  Managing Agent**
**3301 Hillsborough St.**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Linen Services_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ample Storage**
**Attn:  Managing Agent**
**120 James Jackson Ave.**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Storage Building_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.00** |

**Ashworth Family Limited Partnership**
**Attn:  Managing Agent**
**PO Box 98**
**Cary, NC 27512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Landlord - Lease_
_August Lease_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**Auto-Chlor**
**Attn:  Managing Agent**
**3428 Benchmark Drive**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Equipment Lease_

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)* | *17-04372-5* |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

*Bank of America*
*Attn:  Managing Agent*
*PO Box 982238*
*El Paso, TX 79998*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Line of Credit__

Last 4 digits of account number  *1513*

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

*Capital One*
*Attn:  Managing Agent*
*PO Box 30285*
*Salt Lake City, UT 84130*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Credit Card__

Last 4 digits of account number  *1783*

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

*Capriflavors, Inc.*
*Attn:  Managing Agent*
*1012 Morrisville Parkway*
*Morrisville, NC 27560*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Food Purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

*Charles E. Potter*
*Attn:  Managing Agent*
*3 Carolina Meadows #303*
*Chapel Hill, NC 27517*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Loan Father in Law of Tom Havrish__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

*Charlie David Poindexter*
*Attn:  Managing Agent*
*4109 Hawkins Ave.*
*Sanford, NC 27330*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Electrical Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

*Chef Works*
*Attn:  Managing Agent*
*12325 Kerran St.*
*Poway, CA 92064*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Uniforms__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

*Cintas Corporation*
*Attn:  Managing Agent*
*PO Box 630803*
*Cincinnati, OH 45263*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Linen Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Black Sheep Food Group, LLC** | Case number (if known) | **17-04372-5** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

*City Electric Supply*
*Attn:  Managing Agent*
*229 James Jackson Ave. Cary*
*Greensboro, NC 27416*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electrical Services

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

*Ct Corporation Services*
*Attn:  Managing Agent*
*111 8th Ave 13th Fl*
*New York, NY 10011*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

*East Coast Resources*
*Attn:  Managing Agent*
*PO Box 1127*
*Fuquay-Varina, NC 27256*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grease Trap and Waste removal services

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

*Easy Ice*
*Attn:  Managing Agent*
*926 W Washington St.*
*Marquette, MI 49855*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ice Services / Machine Rental

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

*Empire Cooler Service, Inc.*
*Attn:  Managing Agent*
*940 W. Chicago Ave.*
*Chicago, IL 60642*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cooler Rental

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,320.00** |
|---|---|---|---|

*First Electronic Bank*
*Attn:  Managing Agent*
*2150 South 1300 East Suite 400*
*Salt Lake City, UT 84106*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FundBox Business Loan

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

*Fish Window Cleaning*
*Attn:  Managing Agent*
*PO Box 170*
*Morrisville, NC 27560*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Window cleaning service

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Black Sheep Food Group, LLC** | Case number *(if known)* | **17-04372-5** |
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|

*FSI Mechanical*
*Attn: Managing Agent*
*6518-B Old Wake Forest Road*
*Raleigh, NC 27616*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Preventive HVAC Maintenance*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

*Headway Capital*
*Attn: Managing Agent*
*175 W. Jackson Blvd.*
*Chicago, IL 60604*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Business Loan*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|

*Inland Seafood*
*Attn: Managing Agent*
*PO Box 450669*
*Tucker, GA 30084*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Seafood Servies*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,000.00 |
|---|---|---|---|

*Mary Lynn Fitgerald*
*Attn: Managing Agent*
*105 Hilsdorf Ct.*
*Cary, NC 27513*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Note related to purchase of Academy Street Bistro*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

*NU CO2, Inc.*
*Attn: Managing Agent*
*PO Box 9011*
*Stuart, FL 34995*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *CO2 Services*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

*Paytronix*
*Attn: Managing Agent*
*74 Bridge St. Suite 400*
*Newton Center, MA 02459*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Loyalty and Gift Card Processing*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

*PER MAR Security Services*
*Attn: Managing Agent*
*PO Box 1101*
*Davenport, IA 52805*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Security Services*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Black Sheep Food Group, LLC** | | Case number (if known) | **17-04372-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|

**Performance Food Service**
Attn: Managing Agent
543 12th Street Drive NW
Hickory, NC 28603-2947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**PFS Sales**
Attn: Managing Agent
PO Box 33255
Raleigh, NC 27636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paper Products**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Prepress Solutions, Inc.**
Attn: Managing Agent
3205 Corsham Drive
Apex, NC 27539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Cards**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|

**RI Preston Investors**
Attn: Managing Agent
127 Trellingwood Dr.
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**
**August Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RTR Recovery**
Attn: Managing Agent
122 East 42nd Street Suite 2112
New York, NY 10168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentry Watch, Inc.**
Attn: Managing Agent
PO Box 10362
Greensboro, NC 27404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fire Systems**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shiply Farm**
1655 Linville Creek Road
Vilas, NC 28692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Black Sheep Food Group, LLC**                                                          Case number (if known)   **17-04372-5**

Name

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,000.00 |

**Thomas Havrish**
**Attn: Managing Agent**
**1432 Van Page Blvd**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Todd Hovenden**
**Attn: Managing Agent**
**1705 Clearwater Ave.**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from Purchase of Business**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |

**VP Coffee**
**Attn: Managing Agent**
**117 S. Chatham Ave.**
**Siler City, NC 27344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Coffee Supplier**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |

**Wards Fruit and Produce, Inc.**
**Attn: Managing Agent**
**1109 Apriculture Street, Suite 3**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purcharse of Produce**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.00 |

**Waste Industries**
**Attn: Managing Agent**
**PO Box 580027**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Removal**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |

**Wells Fargo**
**Attn: Managing Agent**
**PO Box 6426**
**Carol Stream, IL 60197-6426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Date(s) debt was incurred _

Last 4 digits of account number  **6488**        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |

**Wells Fargo Bank**
**Attn: Officer**
**PO Box 9210**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)* | *17-04372-5* |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

*Yadkin Bank*
*Attn:  Managing Agent*
*200 South 6th Street*
*Minneapolis, MN 55402*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  *Business Credit Card*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

*Yelp, Inc.*
*Attn:  Managing Agent*
*140 New Montgomery*
*San Francisco, CA 94105*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  *Ad and Promotional Services*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Capital One*<br>*Attn:  Managing Agent*<br>*4851 Cox Road*<br>*Glen Allen, VA 23060* | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | *Cintas Corporation*<br>*Attn:  Managing Agent*<br>*1003 Twin Creeks Ct.*<br>*Durham, NC 27703* | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | *Inland Seafood*<br>*Attn:  Managing Agent*<br>*1651 Montreal Circle*<br>*Atlanta, GA 30084* | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | *Wells Fargo Bank*<br>*Attn:  Managing Agent*<br>*101 N. Phillips Ave.*<br>*Sioux Falls, SD 57104* | Line  **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | *Yadkin Bank*<br>*Attn:  Managing Agent*<br>*166 Main St.*<br>*Greenville, PA 16125* | Line  **3.41**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **21,000.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **390,618.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **411,618.00** |

---

**Fill in this information to identify the case:**

Debtor name    *Black Sheep Food Group, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    *17-04372-5*

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | *Lease of Commercial Space* |
| State the term remaining | *2 years* |
| List the contract number of any government contract | *Ashworth Family Limited Partnership*<br>*Attn:  Managing Agent*<br>*PO Box 98*<br>*Cary, NC 27512* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | *Equipment Lease* |
| State the term remaining | *month to month* |
| List the contract number of any government contract | *Auto-Chlor*<br>*Attn:  Managing Agent*<br>*3428 Benchmark Drive*<br>*Ladson, SC 29456* |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | *Ice Machine Lease* |
| State the term remaining | *month to month* |
| List the contract number of any government contract | *Empire Cooler Service, Inc.*<br>*Attn:  Managing Agent*<br>*940 W. Chicago Ave.*<br>*Chicago, IL 60642* |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | *Commercial Lease* |
| State the term remaining | *5 years* |
| List the contract number of any government contract | *RI Preston Investors*<br>*Attn:  Managing Agent*<br>*127 Trellingwood Dr.*<br>*Morrisville, NC 27560* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **_Black Sheep Food Group, LLC_**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **_17-04372-5_**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **_Bank of America_** | **_Attn:  Managing Agent_** <br> **_100 North Tryon St._** <br> **_Charlotte, NC 28202_** | **_Bank of America_** | ☐ D ____ <br> ■ E/F __*3.6*__ <br> ☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Black Sheep Food Group, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **17-04372-5**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Restaurant** | **$1,300,000.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other    **Restaurant** | **$2,366,740.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **Restaurant** | **$2,123,939.88** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Black Sheep Food Group, LLC** | | Case number *(if known)* | **17-04372-5** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **SOS Capital Inc.**<br>**Attn:  Managing Agent**<br>**540 Madison Ave.**<br>**New York, NY 10022** | **37 Payments**<br>**of $544** | **$20,128.00** | ☒ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Richmond Capital Group, LLC**<br>**Attn:  Managing Agent**<br>**125 Maiden Lane Suite 501**<br>**New York, NY 10038** | **37 payments** | **$36,963.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Power Up Lending Group, Ltd**<br>**Attn: RICHARD S. NAIDICH, ESQ.**<br>**111 Great Neck Road Suite 214**<br>**Great Neck, NY 11021** | **37 payments** | **$43,166.79** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **YES Funding Services, LLC**<br>**Attn:  Managing Agent**<br>**122 E. 42nd St. Suite 2112**<br>**New York, NY 10168** | **34 Payments** | **$33,966.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Yellowstone Capital, LLC**<br>**1 Evertrust Plaza**<br>**Jersey City, NJ 07302** | **37 Payments** | **$15,355.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **LG Funding, Services**<br>**Attn:  Managing Agent**<br>**1218 Union St. Suite 2**<br>**Brooklyn, NY 11225** | **7 Payments** | **$14,000.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Queen Funding, LLC**<br>**Attn:  Managing Agent**<br>**2221 NE 164 St**<br>**North Miami Beach, FL 33160** | **19 Payments** | **$9,481.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Kabbage Loans**<br>**Attn:  Managing Agent**<br>**925B Peachtree Street NE**<br>**Atlanta, GA 30309** | **6/23/17**<br>**$35,000**<br>**7/17/17**<br>**$13,891.69** | **$48,891.69** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)* | *17-04372-5* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Richmond Capital Group, LLC v Debtor* | *Recording of Confession of Judgment* | *New Jersey* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | *Cap Call, LLC v Debtor* | *Recording of Confession of Judgment* | *New Jersey* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | *SOS Capital  Inc. v Debtor* | *Recording of Confession of Judgment* | *New Jersey* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)*   *17-04372-5* |
|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)* | *17-04372-5* |

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| *Ample Storage*<br>*Attn:  Managing Agent*<br>*120 James Jackson Ave*<br>*Raleigh, NC 27613* | *Tom Havrish* | *Old files, Christmas Decorations, Breadslicer, Coolers for Catering* | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | *Black Sheep Food Group, LLC* | Case number *(if known)* | *17-04372-5* |
|--------|------------------------------|--------------------------|--------------|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **Black Sheep Food Group, LLC**                          Case number *(if known)*  **17-04372-5**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Burns & Bynum**<br>**3020 Weston Pkwy #101**<br>**Cary, NC 27513** | *11/2013- 12/2016* |
| 26a.2.  **Maestri Financial Services**<br>**1405 HillCroft Court**<br>**Apex, NC 27502** | *9/2015-12/2016* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Havrish** | **1432 VanPage Blvd**<br>**Cary, NC 27513** | **Managing Member** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | *Black Sheep Food Group, LLC* | | Case number *(if known)* | *17-04372-5* |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *Thomas Havrish*<br>*Attn: Managing Agent*<br>*1432 Van Page Blvd*<br>*Raleigh, NC 27607* | *Wages $48,461.50 2017 (1/2017-9/2017)*<br>*Wages $13,500 2016 (9/2016-12/2017)*<br>*Estimated* | *9/2016-9/2017* | *Managing Partner* |
| | **Relationship to debtor**<br>*Managing Member* | | | |
| 30.2. | *Thomas Havrish*<br>*Attn: Managing Agent*<br>*1432 Van Page Blvd*<br>*Raleigh, NC 27607* | *Owner Draws $6,900* | *1/2017-9/2017* | *Managing Member* |
| | **Relationship to debtor**<br>*Managing Member* | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      *September 20, 2017*

*/s/ Thomas S. Havrish*                                    *Thomas S. Havrish*
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      *Manager*

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Black Sheep Food Group, LLC**        Case No.   **17-04372-5**
<br>Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
<br>     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
<br>     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
<br>     d.  [Other provisions as needed]
<br>         ***Filing motions to avoid npm security interest in HHG or tools of the trade; filing motions to avoid judical liens; assisting the debtor in negotiating reaffirmation agreements; filing motions to continue (for which a flat fee of $50.00 shall be paid); and amending schedules as needed.***

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     ***Representation of the debtor(s) in any dischargeability actions, including student loan discharge issues, and other adversary proceedings: representation of the debtor in contested judicial or npm lien avoidance matters; only contested proceedings  concerning the right of the IRS to continue to garnish or offset social security benefits; section 707(b) motions to dismiss, representation of the debtor in contested motions for relief from stay; representation of the debtor in objections to exemptions, filing motions to redeem collateral ($200.00 to $600.00 depending on level of opposition to motion); If the debtor(s) chooses to employ the attorney in any of these matters, the debtor shall compensate the attorney at the hourly rate of $250.00 per hour, unless specifically provided for otherwise herein.***

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 20, 2017** | **/s/ William F. Braziel III** |
| Date | **William F. Braziel III 39541** |
| | Signature of Attorney |
| | **Janvier Law Firm, PLLC** |
| | **311 East Edenton Street** |
| | **Raleigh, NC 27601** |
| | **919-582-2323   Fax: 866-809-2379** |
| | Name of law firm |

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Black Sheep Food Group, LLC**

_____
Debtor(s)

Case No.  **17-04372-5**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 20, 2017**

Signature  **/s/ Thomas S. Havrish**

**Thomas S. Havrish**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.