SO ORDERED.

SIGNED this 2 day of January, 2018.



**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                              CHAPTER 11

**BLACK SHEEP FOOD GROUP, LLC**            **CASE NO.  17-04372-5-JNC**

Debtor.

## CONSENT ORDER GRANTING APPLICATION FOR COMPENSATION OF
## CORPORATE OFFICER

THIS MATTER comes before the Court on the Debtor's Application for Compensation

of Corporate Officer ("Motion"). The Bankruptcy Administrator filed an objection to the Motion.

The parties have reached an agreement regarding the resolution of this matter, and the parties

having indicated their consent by signing below:

IT APPEARING TO THE COURT as follows:

1.        Debtor filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the

United States Code in the Eastern District of North Carolina on September 6 2017.  On

September 26, 2017, the Debtor filed an application seeking approval to compensate its

member-manager, Thomas Havrish at a yearly salary of $85,000.00 without benefits.  The

Bankruptcy Administrator objected to the request.

2.      The Debtor asserts that the Debtor's business requires the services of Mr. Havrish but acknowledges that the Debtor's records do not show wage income in the amount being requested in the application.  To resolve the BA's objection, the Debtor agrees to the following:

a. Mr. Havrish's annual salary shall be reduced to $75,000.00 during the pendency of this case; and

b. All amounts received by Mr. Havrish as compensation for his services from the Debtor shall be reported as W-2 wage income to the State of North Carolina and the Internal Revenue Service and shall be subject to any required state and federal withholding.  The Debtor shall be responsible for the payment of the employer portion of any employment and social security taxes.

3.   The Bankruptcy Administrator agrees to the revised officer compensation subject to these conditions.  The court finds that the amount being requested is reasonable and that the services of Mr. Harvish are necessary for the Debtor's reorganization.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Thomas Harvish, member-manager, may be compensated in the amount of $75,000 per year subject to the conditions set forth above in paragraph 2(b).

<table>
<tr>
<td>

s/William F. Braziel III_____
William P. Janvier, N.C.S.B. 21136
William F. Braziel III, N.C.S.B. 3954
 311 E. Edenton St.
Raleigh, NC 27601
Telephone: (919) 582-2323

</td>
<td>

s/_Marjorie Lynch
Marjorie Lynch,
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

</td>
</tr>
</table>

**END OF DOCUMENT**