# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| BLACK SHEEP FOOD GROUP, LLC | CASE NO. 17-04372-5-JNC |
| Debtor | |

## MOTION FOR PRODUCTION OF DOCUMENTS UNDER RULE 2004

NOW COMES Black Sheep Food Group, LLC, Debtor in the above-referenced case (hereinafter "Debtor"), by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy 2004, respectfully moves the Court to enter an Order directing Fundbox, Inc. (hereinafter, "Fundbox"), to produce certain documents described as follows. In support of this Motion, Debtor shows unto the Court the following:

1. Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on September 6, 2017.

2. Debtor did not list Fundbox as a creditor in its petition having a claim against Debtor's estate.

3. Debtor believes that it has a claim against Fundbox arising out of a loan agreement between Debtor and Fundbox, under which Fundbox made a short-term loan to Debtor in return for payments made on the loan by Debtor at a high interest rate.

4. Debtor believes that it paid Fundbox nine payments totaling $12,756.82 in the ninety (90) days prior to filing for bankruptcy relief.

5. Debtor seeks production of the following documents:

A. Any loan agreements, including promissory notes and security agreements, made between Debtor and Fundbox, its subsidiaries, affiliates, parent companies, or any related entities.

B. An accounting of payments made on Debtor's account to Fundbox, its agents, subsidiaries, affiliates, for a period of one year prior to filing the petition for bankruptcy on September 6, 2017.

C. Any and all correspondence between Fundbox, its agents, subsidiaries, affiliates, and Debtor for a period of one year prior to filing the petition for bankruptcy on September 6, 2017.

D. Any and all documents in the possession of Fundbox, its agents, subsidiaries, affiliates, referring to the Debtor.

WHEREFORE, Debtors respectfully request that the Court enter an Order directing Fundbox to produce the documents listed above to Debtor at the offices of the Janvier Law Firm, 311 E. Edenton Street, Raleigh, North Carolina 27601 on or before June 1, 2018.

Respectfully submitted, this the 8th day of May, 2018.

JANVIER LAW FIRM

s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
William P. Janvier
N.C. State Bar No. 21136
Attorneys for Debtors
311 E. Edenton St.
Raleigh, North Carolina 27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: kathleen@janvierlaw.com

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a copy of the foregoing **MOTION FOR PRODUCTION OF DOCUMENTS UNDER RULE 2004** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid or electronically as indicated, this the 8th day of May, 2018.

Brian Behr (via CM/ECF)
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

Black Sheep Food Group, LLC (Via U.S. Mail)
PO Box 10669
Raleigh, NC 27605

Fundbox, Inc. (Via U.S. Mail)
300 Montgomery Street
San Francisco, CA 94104

                                                                JANVIER LAW FIRM

                                                                <u>s/ Kathleen O'Malley</u>
                                                                Kathleen O'Malley
                                                                N.C. State Bar No. 51654
                                                               William P. Janvier
                                                                N.C. State Bar No. 21136
                                                                Attorneys for Debtors
                                                                311 E. Edenton St.
                                                                Raleigh, North Carolina 27601
                                                                Telephone:  (919) 582-2323
                                                                Facsimile:  (866) 809-2379
                                                                Email: kathleen@janvierlaw.com